UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

FILED

2008 FEB 29 P 3: 04

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY _____ DEPT. CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:90-cr-155 |
| | ) | *Judge Edgar* |
| RONALD LAVON JONES | ) | |

## ORDER

Defendant Ronald Lavon Jones has filed a *pro se* motion for post-conviction relief pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 706 to the United States Sentencing Guidelines. [Doc. No. 68]. The government shall file its response on or before **March 28, 2008**.

SO ORDERED.

ENTER this the 29th day of February, 2008.

                                             */s/ R. Allan Edgar*
                                             R. ALLAN EDGAR
                                   UNITED STATES DISTRICT JUDGE